IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

**JEROME PRYOR,**

    **Plaintiff,**

**v.**                                                                            Civil Action No. 2:24-cv-00114
                                                                            Honorable Thomas E. Johnston

**DEPUTY JASON ASHCRAFT and**
**JOHN DOE(S),**

    **Defendants.**

## NOTICE OF FAULT OF NON-PARTIES

NOW COMES the Defendant, Deputy Jason Ashcraft, by counsel, and hereby files this Notice of Fault of Non-Party pursuant to W. Va. Code §55-7-13d. Defendant hereby notifies the parties and the Court that the following non-parties may be wholly or partially at fault for the damages alleged in Plaintiff's Amended Complaint:

1. Based upon the Defendant's investigation to date, all presently unidentified members of the Charleston Police Department who were on the scene of this traffic stop may be wholly or partially at fault for Plaintiff's alleged damages.

2. The Defendant will supplement this disclosure with the identities of the Charleston Police Department officers who were on the scene of this traffic stop following further investigation/discovery.

3. These parties should be considered for assessing percentages of fault pursuant to W. Va. Code §55-7-13d.

                                                                         Respectfully submitted,

                                                                         **DEPUTY JASON ASHCRAFT,**

**By Counsel:**

*/s/ Cy A. Hill, Jr.*_____
Cy A. Hill, Jr. (WVSB #8816)
Allison M. Subacz (WVSB #11378)
CIPRIANI & WERNER, P.C.
500 Lee Street East, Suite 900
Charleston, WV 25301
Phone: (304) 341-0500
chill@c-wlaw.com
asubacz@c-wlaw.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

**JEROME PRYOR,**

    Plaintiff,

**v.**                                                 Civil Action No. 2:24-cv-00114
                                                  Honorable Thomas E. Johnston

**DEPUTY JASON ASHCRAFT and
JOHN DOE(S),**

    Defendants.

## CERTIFICATE OF SERVICE

The undersigned counsel for the Defendant Deputy Jason Ashcraft, hereby certifies that on this 11th day of April 2025, the foregoing ***"NOTICE OF FAULT OF NON-PARTIES"*** was filed with the Clerk of the Court via CM/ECF system which will send electronic notifications to the following counsel of record:

        Paul E. Stroebel (WVSB #13269)
        Stroebel & Stroebel, PLLC
        405 Capitol Street, Suite 102
        P.O. Box 2582
        Charleston, WV 25329
        *Counsel for Plaintiff, Jerome Pryor*

        */s/ Cy A. Hill, Jr.*
        Cy A. Hill, Jr. (WVSB #8816)