IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

**JEROME PRYOR,**

    **Plaintiff,**

**v.**                                          **Civil Action No. 2:24-cv-00114**
                                              **Honorable Thomas E. Johnston**

**DEPUTY JASON ASHCRAFT and**
**JOHN DOE(S),**

    **Defendants.**

## **FINAL DISMISSAL ORDER**

On this day came Plaintiff, Jerome Pryor, and Defendant, Deputy Jason Ashcraft, by counsel, and hereby jointly represent to the Court that all matters in controversy between the parties have been fully settled and compromised and jointly move this Court to dismiss this civil action, with prejudice.

The Court having considered the joint motion and being otherwise sufficiently advised, finds no objections thereto and does hereby ORDER that the above-captioned civil action is DISMISSED, WITH PREJUDICE. with the parties to bear their own costs and attorneys' fees.

The Clerk of the Court is hereby directed to forward a certified copy of this Order to all counsel of record without cost.

ENTER this 21st day of August 2025.

                                                              THOMAS E. JOHNSTON
                                                              UNITED STATES DISTRICT JUDGE

**Prepared By:**
By Counsel:

*/s/ Cy A. Hill, Jr.*
Cy A. Hill, Jr. (WVSB #8816)
Allison M. Subacz (WVSB #11378)
CIPRIANI & WERNER, PC
500 Lee Street East, Suite 900
Charleston WV 25301
304-341-0500
304-341-0507 (fax)
chill@c-wlaw.com
asubacz@c-wlaw.com
*Counsel for Defendant Deputy Jason Ashcraft*


**Reviewed and Agreed to By**:

By Permission: *Paul E. Stroebel*
Paul E. Stroebel (WVSB #13269)
STROEBEL & STROBEL, PLLC
405 Capitol Street, Suite 102
P.O. Box 2582
Charleston, WV 25329
304-346-0197
304-346-6029 (fax)
paulstroebel1@gmail.com
*Counsel for Plaintiff*